UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 99-cr-00211-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAREY L. HESS,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the letter filed April 30, 2008, by Defendant Hess (which I construed as a motion) for an early release from probation (filed April 30, 2008). Upon review of the file and records, I find that the sentence imposed was fair and just, including the sentence for supervised release, based on the seriousness of the offense in which Defendant Hess pled guilty. Therefore, it is

ORDERED that Defendant Carey Hess' motion for an early release from probation (docket # 1444) is **DENIED**.

Dated: November 7, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge